IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-08-818 |
| | § | |
| ARTURO GARAY MEDRANO | § | |

**O R D E R**

Counsel for the defendant requested that the court provide a copy of the sealed evaluation report to the Bureau of Prisons doctor. The clerk will provide a copy of the evaluation, docket entry no. 24, to BOP Psychiatrist Dr. Kwanna Williamson.

SIGNED on July 30, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge